UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

JOHN KOVAC,

Supervisee.

No. 15-cr-514 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED that Supervisee John Kovac shall appear before this Court on Thursday, March 4, 2021 at 9:00 a.m. for a conference on the specification of violation of supervised release alleged by the U.S. Probation Office.  In light of the ongoing COVID-19 pandemic, IT IS HEREBY ORDERED THAT by Friday, February 26, 2021, Kovac and his counsel of record shall inform the Court in writing as to whether Kovac prefers to appear in person or remotely via videoconference.  If the latter, counsel shall review with Kovac the attached Waiver of Right to be Present at Criminal Proceeding form, which shall then be executed and submitted to the Court.  The Court will then issue further instructions concerning the requested videoconference.

SO ORDERED.

Dated:       February 23, 2021
             New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation