UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>JOHN KOVAC,<br><br>            Supervisee. | No. 15-cr-514 (RJS)<br><u>ORDER</u> |

RICHARD J. SULLIVAN, Circuit Judge:

As indicated in the record (Doc. No. 29), a conference on the specification of Mr. Kovac's alleged violation of supervised release is scheduled for Thursday, March 4, 2021 at 9:00 a.m.  The Court is in receipt of Mr. Kovac's executed Waiver of Right to be Present at a Criminal Proceeding form (Doc. No. 30-1).  Accordingly, IT IS HEREBY ORDERED THAT the conference in this matter will take place via Zoomgov videoconference.  Chambers will email the parties directly in due course with further instructions for accessing the videoconference.  Members of the public may monitor the conference via the Court's free audio line by dialing 1-888-363-4749 and using access code 3290725#.

SO ORDERED.

Dated:      March 2, 2021
            New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA

                   -v-

JOHN KOVAC,
                       Supervisee.
----------------------------------------------------------------X

**WAIVER OF RIGHT TO BE PRESENT AT CRIMINAL PROCEEDING**

15-CR-514 (RJS)

___ Supervised Release Conference

I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York at the time the conditions of my release on supervision or my remand to custody are discussed. I have discussed these rights with my attorney and wish to give up these rights for the period of time in which access to the courthouse has been restricted on account of the COVID-19 pandemic. I request that my attorney and I be permitted to participate by telephone, or if it is reasonably available by videoconferencing, in any conference with the court at which such conditions or my remand are discussed.

Date: _____
        Signature of Defendant

_____
Print Name

I hereby affirm that I am aware of my obligation to discuss with my client the specifications of violation of supervised release, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver form. I affirm that my client knowingly and voluntarily consents to the proceedings being held without my client being physically present in court.

Date: _____
        Signature of Defense Counsel

_____
Print Name

**Accepted:** _____
Signature of Judge
Hon. Richard J. Sullivan
UNITED STATES CIRCUIT JUDGE
Sitting by Designation

Date: