UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA

          -v-

JOHN KOVAC,
                    Supervisee.
-----------------------------------------------------------------X

**WAIVER OF RIGHT TO BE PRESENT AT CRIMINAL PROCEEDING**

15-CR-514 (RJS)

✓    Supervised Release Conference

I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York at the time the conditions of my release on supervision or my remand to custody are discussed. I have discussed these rights with my attorney and wish to give up these rights for the period of time in which access to the courthouse has been restricted on account of the COVID-19 pandemic. I request that my attorney and I be permitted to participate by telephone, or if it is reasonably available by videoconferencing, in any conference with the court at which such conditions or my remand are discussed.

Date: _____
                    John Kovac by his counsel Sabrina P. Shroff
                    Signature of Defendant

                    John Kovac
                    Print Name

I hereby affirm that I am aware of my obligation to discuss with my client the specifications of violation of supervised release, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver form. I affirm that my client knowingly and voluntarily consents to the proceedings being held without my client being physically present in court.

Date: _____
                    SPS
                    Signature of Defense Counsel

                    Sabrina P. Shroff
                    Print Name

Accepted: _____
                    Signature of Judge
                    Hon. Richard J. Sullivan
                    UNITED STATES CIRCUIT JUDGE
                    Sitting by Designation

         Date: 3/4/21

2