UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

     -v-

JOHN KOVAC,

               Supervisee.

No. 15-cr-514 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

In light of the Court's closure on February 21, 2022 for President's Day, IT IS HEREBY ORDERED THAT the status conference in this matter is adjourned to February 22, 2022 at 10:00 a.m.  Members of the public may monitor the conference via the Court's free audio line by dialing 1-888-363-4749 and using access code 3290725#.

IT IS FURTHER ORDERED THAT Mr. Kovac shall submit a letter to the Court no later than February 16, 2022 stating whether he intends to appear in-person or remotely via videoconference.  If the latter, Mr. Kovac's counsel of record, Ms. Sabrina Shroff, shall discuss with Mr. Kovac the attached Waiver of Right to be Physically Present at a Criminal Proceeding form, which shall then be executed and returned to the Court.  The Court will then issue further instructions concerning the requested videoconference

SO ORDERED.

Dated:       January 21, 2022
              New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA

                                                                    **WAIVER OF RIGHT TO BE PRESENT AT**
                                                                    **CRIMINAL PROCEEDING**

                              -v-

JOHN KOVAC,                                                          **15-CR-514 (RJS)**
                                        Supervisee.
-----------------------------------------------------------------X

____      Supervised Release Conference

          I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York
          at the time the conditions of my release on supervision or my remand to custody are discussed. I have
          discussed these rights with my attorney and wish to give up these rights for the period of time in which access
          to the courthouse has been restricted on account of the COVID-19 pandemic.   I request that my attorney and
          I be permitted to participate by telephone, or if it is reasonably available by videoconferencing, in any
          conference with the court at which such conditions or my remand are discussed.


Date:          _____
               Signature of Defendant


               _____
               Print Name


I hereby affirm that I am aware of my obligation to discuss with my client the specifications of violation of supervised
release, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this
waiver form.  I affirm that my client knowingly and voluntarily consents to the proceedings being held without my
client being physically present in court.


Date:          _____
               Signature of Defense Counsel


               _____
               Print Name


**Accepted:**    _____
               Signature of Judge
               Hon. Richard J. Sullivan
               UNITED STATES CIRCUIT JUDGE
               Sitting by Designation

               Date:

2