UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

JOHN KOVAC,

         Supervisee.

No. 15-cr-514 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    The Court is in receipt of the Probation Department's February 17, 2022 memorandum, which indicates that the Supervisee has tested positive for fentanyl and admitted to using heroin while on supervised release. With the consent of the parties, IT IS HEREBY ORDERED THAT the status conference previously scheduled for February 22, 2022 is adjourned to April 4, 2022 at 10:00 a.m. Members of the public may monitor the conference via the Court's free audio line by dialing 1-888-363-4749 and using access code 3290725#.

    IT IS FURTHER ORDERED THAT Mr. Kovac shall submit a letter to the Court no later than March 28, 2022 stating whether he intends to appear in-person or remotely via videoconference. If the latter, Mr. Kovac's counsel of record, Ms. Sabrina Shroff, shall discuss with Mr. Kovac the attached Waiver of Right to be Physically Present at a Criminal Proceeding form, which shall then be executed and returned to the Court. The Court will then issue further instructions concerning the requested videoconference

SO ORDERED.

Dated:    February 17, 2022
            New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA
                                                                          WAIVER OF RIGHT TO BE PRESENT AT
                        -v-                                               CRIMINAL PROCEEDING

JOHN KOVAC,
                                                                          15-CR-514 (RJS)
                                        Supervisee.
-----------------------------------------------------------------X
```

\_\_\_    Supervised Release Conference

I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York at the time the conditions of my release on supervision or my remand to custody are discussed. I have discussed these rights with my attorney and wish to give up these rights for the period of time in which access to the courthouse has been restricted on account of the COVID-19 pandemic. I request that my attorney and I be permitted to participate by telephone, or if it is reasonably available by videoconferencing, in any conference with the court at which such conditions or my remand are discussed.

Date:     _____
          Signature of Defendant


          _____
          Print Name

I hereby affirm that I am aware of my obligation to discuss with my client the specifications of violation of supervised release, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver form. I affirm that my client knowingly and voluntarily consents to the proceedings being held without my client being physically present in court.

Date:     _____
          Signature of Defense Counsel


          _____
          Print Name


**Accepted:**   _____
                Signature of Judge
                Hon. Richard J. Sullivan
                UNITED STATES CIRCUIT JUDGE
                Sitting by Designation

                Date: