UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

JOHN KOVAC,

          Supervisee.

No. 15-cr-514 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

      The Court is in receipt of the Probation Department's March 30, 2022 request to adjourn Supervisee's status conference for 60 days to allow for the Basics inpatient drug program to submit a written progress report to Probation. With the consent of the parties, IT IS HEREBY ORDERED THAT the status conference previously scheduled for April 4, 2022 is adjourned to June 3, 2022 at 3:00 p.m.  Members of the public may monitor the conference via the Court's free audio line by dialing 1-888-363-4749 and using access code 3290725#.

      IT IS FURTHER ORDERED THAT Mr. Kovac shall submit a letter to the Court no later than May 27, 2022 stating whether he intends to appear in-person or remotely via videoconference. If the latter, Mr. Kovac's counsel of record, Ms. Sabrina Shroff, shall discuss with Mr. Kovac the attached Waiver of Right to be Physically Present at a Criminal Proceeding form, which shall then be executed and returned to the Court.  The Court will then issue further instructions concerning the requested videoconference.

SO ORDERED.

Dated:     March 30, 2022
              New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UNITED STATES OF AMERICA
                                                              WAIVER OF RIGHT TO BE PRESENT AT
                      -v-                                     CRIMINAL PROCEEDING

JOHN KOVAC,
                                                              15-CR-514 (RJS)
                          Supervisee.
---------------------------------------------------------------X
```

\_\_\_   Supervised Release Conference

I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York at the time the conditions of my release on supervision or my remand to custody are discussed. I have discussed these rights with my attorney and wish to give up these rights for the period of time in which access to the courthouse has been restricted on account of the COVID-19 pandemic.  I request that my attorney and I be permitted to participate by telephone, or if it is reasonably available by videoconferencing, in any conference with the court at which such conditions or my remand are discussed.


Date:       _____
            Signature of Defendant


            _____
            Print Name


I hereby affirm that I am aware of my obligation to discuss with my client the specifications of violation of supervised release, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver form.  I affirm that my client knowingly and voluntarily consents to the proceedings being held without my client being physically present in court.


Date:       _____
            Signature of Defense Counsel


            _____
            Print Name


**Accepted:**   _____
            Signature of Judge
            Hon. Richard J. Sullivan
            UNITED STATES CIRCUIT JUDGE
            Sitting by Designation

            Date: