UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

JOHN KOVAC,

          Supervisee.

No. 15-cr-514 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

      The Court is in receipt of the Probation Department's May 27, 2022 correspondence indicating that the Supervisee is no longer able to secure a hotel in New York City and has already traveled to Massapequa, Long Island, where his brother lives. Accordingly, IT IS HEREBY ORDERED THAT Mr. Kovac's conditions of supervised release are temporarily modified, pending his next appearance before the Court, now scheduled for June 6, 2022 at 4:00 p.m. (*see* Doc. No. 51), to include the following: Mr. Kovac (1) may reside in a hotel, apartment, or the home of an immediate family member, within either New York City or Long Island; (2) must inform the Court and U.S.P.O. Margaret Carroll of the precise location of the location where he will be residing; (3) must strictly abide by a daily curfew that requires him to be in his apartment or hotel room between the hours of 7:00 p.m. and 7:00 a.m.; and (4) must submit to random drug testing, at least weekly, to be arranged by the Probation Department.

SO ORDERED.

Dated:     May 27, 2022
              New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES CIRCUIT JUDGE
                                              Sitting by Designation