UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>JOHN KOVAC,<br><br>          Supervisee. | No. 15-cr-514 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

    The Court is in receipt of Supervisee's letter motion to preclude the government from augmenting its witness or exhibit lists as originally filed on the Court-ordered deadline of July 11, 2022, and from introducing at the scheduled July 20, 2022 VOSR hearing either any records it has not tendered to Supervisee's counsel, or any witness testimony relating to such records. (Doc. No. 58 at 1.) The Court is also in receipt of the government's opposition to such motion (Doc. No. 59) and Supervisee's reply to the government's opposition (Doc. No 60).

    The Court will hear brief oral argument from the parties on Supervisee's motion at the beginning of the parties' scheduled appearance before the Court, prior to formally commencing the VOSR hearing, on July 20, 2022 at 2:00 p.m. in Courtroom 21C, 500 Pearl Street, New York, NY 10007. Accordingly, IT IS HEREBY ORDERED THAT the parties shall be prepared to argue the merits of Supervisee's motion – and specifically, to discuss whether and how Supervisee would be materially prejudiced if the Court were to allow the government to introduce any proposed late-produced documentary evidence and/or testimony from late-noticed proposed witnesses.

SO ORDERED.

Dated:    July 15, 2022
               New York, New York

                                                RICHARD J. SULLIVAN
                                                UNITED STATES CIRCUIT JUDGE
                                                Sitting by Designation