**SABRINA P. SHROFF**
ATTORNEY AT LAW

80 BROADWAY, 19TH FLOOR
NEW YORK, NEW YORK 10004
TELEPHONE: (646) 763-1490

August 11, 2022

**BY ECF**

Honorable Richard J. Sullivan
United States Circuit Judge for
 the Second Circuit Court of Appeals
40 Foley Square
New York, NY 10007-1312

**Re: United States v. John Kovac, 15 Cr. 514 (RJS)**

Hon. Sullivan:

I write to update the Court on Mr. John Kovac's request for a 45-day adjournment of sentencing in this matter, to any date convenient to the Court. *See* ECF Entry No. 69.[1]

Since yesterday's filing, I have received communication from United States Probation Officer Foderingham who notes that she has no objection to Mr. Kovac's request. Officer Foderingham continues to supervise Mr. Kovac who is remain in drug treatment, has tested negative for drugs, is participating in all mandated programs, is attending school, and is otherwise compliant with all requirements of his supervised release.

Good cause is shown for the requested extension as psychiatrist John J. Mariani M.D. needs time to complete his work with Mr. Kovac, confer with Probation and prepare a report to the Court.

Although not as relevant, I have injured my hand (trying to move my son's bed) and am having difficulty typing. An extension of time would be very much appreciated.

I thank the Court for its time and consideration of this request.

Respectfully submitted,

/s/Sabrina P. Shroff
Counsel for Mr. John Kovac

SPS/mtf

cc: USPO Foderingham
    Dr. John Mariani

> IT IS HEREBY ORDERED THAT the VOSR Sentencing in this matter, which is currently scheduled for August 19, 2022, will instead take place on Monday, September 26, 2022 at 10:00 a.m. in Courtroom 21C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007. Mr. Kovac shall submit his sentencing submission by Friday, September 16, 2022. The government shall submit its sentencing submission by Friday, September 23, 2022.
>
> **SO ORDERED:** /s/ R. Sullivan
> Dated: 8/12/2022    **RICHARD J. SULLIVAN**
> U.S.C.J., Sitting by Designation

---

[1] This update also corrects an unfortunate error in Mr. Kovac's earlier letter mistakenly asking for a 45-day extension to August 2022, rather than from August 2022.